IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KIMBERLY MARTIN,

Appellant,

v.

Case No.  5D21-1254
LT Case Nos. 05-2020-CF-051565-A
05-2020-CF-011439-A
05-2020-CF-051640-A
05-2020-CF-051641-A

STATE OF FLORIDA,

Appellee.

_____/

Decision filed August 9, 2022

Appeal from the Circuit Court
for Brevard County,
David C. Koenig, Judge.

Matthew J. Metz, Public Defender, and
Andrew Mich, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas, Jr.,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

AFFIRMED.

LAMBERT, C.J., EDWARDS and HARRIS, JJ., concur.